UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ABUTALIB MUHAMED,  ) | |
|     ID # 56085-177,  ) | |
|         Petitioner,  ) | |
| )  | |
| vs.  ) | No. 3:24-CV-1884-B-BT |
| )  | |
| )  | |
| UNITED STATES OF AMERICA,  ) | |
|         Respondent.  ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the plaintiff's case will be dismissed without prejudice by a separate judgment.

SIGNED this 13th day of September, 2024.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE